**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ESTATE OF YONADAV HIRSHFELD, *et al*,
    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
    Defendant.

Civil Action No. 15-1082 (CKK)

**PRETRIAL SCHEDULING AND PROCEDURES ORDER**
(February 2, 2018)

In order to administer this civil action in a manner fair to the litigants, to ensure the expeditious and efficient resolution of this action, to discourage wasteful pretrial activities, and to improve the quality of the upcoming bench trial through advance preparation by the parties, it is, this 31st day of January, 2018, hereby

**ORDERED** that the parties shall adhere to the following schedule:

(a) Plaintiffs shall file a list of the witnesses and exhibits they intend to present at the upcoming bench trial by no later than **April 9, 2018**.  The list of witnesses should include a description of the testimony to be elicited from each witness.  The list of exhibits should identify each exhibit by title and date and set forth a description of each.  Plaintiffs should obtain more information regarding the protocol and template for providing this information from the Deputy Court Clerk Ms. Dorothy Patterson.

(b) The Bench Trial in this matter is scheduled to commence at 9:00 a.m. on **April 24, 2018** and continue through **April 25, 2018.**

                            _____/s/_____
                            COLLEEN KOLLAR-KOTELLY
                            United States District Judge