Estate of Yonadav Hirshfeld

VS.

Islamic Republic of Iran

Civil/Criminal No. Civil No. 15-cv-1082 (CKK)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photograph of Yonadav Hirshfeld, ca. 2008 | 4-24-18 | 4-24-18 | Elisheva Hirshfeld | |
| 2 | Certification of Birth Abroad of United States Citizen Yonadav Hirshfeld, issued 5/21/1990 | 4-24-18 | 4-24-18 | Elisheva Hirshfeld | |
| 3 | Death Certificate of Yonadav Hirshfeld, issued 3/31/2008, by Israeli Ministry Interior | 4-24-18 | 4-24-18 | Elisheva Hirshfeld | |
| 4 | Letters of Limited Administration issued 2/5/2016 Surrogates Court NY County | 4-24-18 | 4-24-18 | Elisheva Hirshfeld | |
| 5 | Declaration/Report of Patrick Clawson dated 8/9/2017, (containing CV only) | 4-24-18 | 4-24-18 | Dr. Patrick Clawson | |
| 6 | Declaration/Report of Matthew Levitt dated 11/15/2017, (containing CV only) | 4-24-18 | 4-24-18 | Dr. Matthew Levitt | |
| 7 | Report of Mark Berenblut, dated 4/09/2018 | | | Dr. Mark Berenblut | |
| 8 | Video of Shimon Baloum | 4-24-18 | 4-24-18 | | |