**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF YONADAV HIRSHFELD, *et al*, <br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br> Defendant. | Civil Action No. 15-1082 (CKK) |

**ORDER**
(August 30, 2018)

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby this 30th day of August, 2018,

ORDERED that this Court GRANTS Plaintiffs' [30] Motion for Default Judgment against Defendant the Islamic Republic of Iran ("Iran") and awards damages totaling $191,950,000.00 to the Plaintiffs herein. More specifically, the Estate of decedent Yonadav Hirshfeld shall be awarded $1,000,000.00 in damages for Yonadav Hirshfeld's pain and suffering. Yonadav Hirshfeld's parents, Elisheva and Zemach Hirshfeld, shall be awarded $5,000,000.00 each in solatium damages and $950,000.00 jointly in economic damages. Yonadav's twelve siblings — Shalom Hirshfeld, Zimrat Bracha Zuckerman, Haya Hamital Novik, Yedidya Hirshfeld, Hana Shandorfy, David Yinon Hirshfeld, Aviya Freedman, Nehemiya Hirshfeld, Amiel Hirshfeld, Elyashiv Schmuel Hirshfeld, and minors EH and SH (through their mother) — shall each be awarded $2,500,000.00 in solatium damages. Punitive damages against Iran are awarded in the amount of $150,000,000.00 to the family of Yonadav Hirshfeld.

**THIS IS A FINAL APPEALABLE ORDER**.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge